NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLECTUAL VENTURES II LLC,**
*Appellant*

**v.**

**COMPASS BANK, COMMERCE BANCSHARES, INC., FIRST NATIONAL BANK OF OMAHA,**
*Appellees*

---

2016-1416

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00786.

---

**JUDGMENT**

---

BRENTON R. BABCOCK, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellant. Also represented by EDWARD M. CANNON.

JASON STEWART JACKSON, Kutak Rock LLP, Omaha, NE, argued for appellees. Also represented by HILDA C. GALVAN, Jones Day, Dallas, TX; GEOFFREY K. GAVIN, Atlanta, GA. Appellee Compass Bank also represented by MARK HOWLAND, Carrington Coleman Sloman & Blumen-

thal, Dallas, TX.  Appellee Commerce Bancshares, Inc. also represented by MARC WADE VANDER TUIG, Senniger Powers LLP, St. Louis, MO.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PLAGER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
|  December 9, 2016  | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |